IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

GEORGE ANTHONY ZUNIGA,                    §
                                          §
          Petitioner,                     §
                                          §
v.                                        §          2:16-CV-0127
                                          §
UNITED STATES OF AMERICA,                 §
                                          §
          Respondent.                     §


**ORDER ADOPTING REPORT AND RECOMMENDATION and
DISMISSING WITHOUT PREJUDICE MOTION TO VACATE SENTENCE**

Came for consideration the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

Sentence by a Person in Federal Custody filed by defendant GEORGE ANTHONY ZUNIGA.  On

November 4, 2016, the United States Magistrate Judge issued a Report and Recommendation in this

cause, recommending defendant's motion to vacate be denied as to his *Johnson* claims and dismissed as

to all other claims.  As of this date, neither party has filed any objections to the Magistrate Judge's

Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the

record in this case.  The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

Accordingly, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person

in Federal Custody filed by defendant is hereby DENIED as to his *Johnson* claims and DISMISSED as

to all other claims.

IT IS SO ORDERED.

ENTERED this _____ 7ᵗʰ day of _December_ 2016.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE